TDCJ Offender Details

*83,497-01*

 **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**  TDCJ Home  New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 06229127 |
| **TDCJ Number:** | 01999754 |
| **Name:** | SANDERS,SHAWN L |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1980-09-12 |
| **Maximum Sentence Date:** | 2018-08-14 |
| **Current Facility:** | GARZA WEST |
| **Projected Release Date:** | 2017-04-14 |
| **Parole Eligibility Date:** | 2015-01-29 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

**SPECIAL INFORMATION FOR SCHEDULED RELEASE:**

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense | County | Case No. |
|---|---|---|